IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES SURETY COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 113-153 |
| | * | |
| MABUS BROTHERS CONSTRUCTION CO., | * | |
| INC., TOMMY MABUS, PATRICIA | * | |
| MABUS, BETHLEHEM PROPERTIES, | * | |
| LLC, LITTLE WATER PROPERTIES, | * | |
| LLC, BRIGHTLEAF PROPERTIES, LLC, | * | |
| GRANNY'S PLACE PROPERTIES, LLC, | * | |
| LILLIES PLACE PROPERTIES, LLC, | * | |
| LOVETTE STREET PROPERTIES, LLC, | * | |
| PEEBLE LANE PROPERTIES, LLC, | * | |
| SALTERS COVE PROPERTIES, LLC, | * | |
| WILLIS STREET PROPERTIES, LLC, | * | |
| TAILERS TRAIL PROPERTIES, LLC, | * | |
| KESTREL COURT PROPERTIES, LLC, | * | |
| and SOUTH BETHLEHEM PROPERTIES, | * | |
| LLC, | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

This matter is before the Court on its own accord. On June 17, 2015, the parties filed a notice of settlement (doc. 47), informing the Court that the parties had reached a settlement agreement. The notice also represents that Mabus Brothers Construction, Inc. had filed a bankruptcy petition. Accordingly, the notice states that the parties intended to wait for approval by the bankruptcy trustee to dismiss the suit,

which the parties indicated would be within forty-five days from the date of the notice. If the parties were still unable to dismiss the case after forty-five days, the notice states, they would file a status report with the Court. The parties, however, have not filed a stipulation of dismissal or a status report. The Court, therefore, **ORDERS** that the parties file either a stipulation of dismissal or a status report within **fourteen days** from the date of this Order.

**ORDER ENTERED** at Augusta, Georgia this 21st day of January, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA